**Order entered July 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00510-CR

**JOAN NOIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-58240-L**

## ORDER

After the Texas Court of Criminal Appeals granted appellant an out-of-time appeal, he timely filed his notice of appeal. We **DIRECT** the Clerk of the Court to transfer the clerk's records and the reporter's record from the appeal in cause no. 05-18-00495-CR into the above appeal.

Appellant's brief is **DUE** August 30, 2019.

/s/    BILL PEDERSEN, III
       JUSTICE